Moore v Greystone Props. 81 LLC (2025 NY Slip Op 06286)

Moore v Greystone Props. 81 LLC

2025 NY Slip Op 06286

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Webber, J.P., González, Mendez, Rodriguez, Pitt-Burke, JJ. 

Index No. 154133/17|Appeal No. 5180|Case No. 2024-02789|

[*1]Raymond Moore et al., Plaintiffs-Appellants,
v
Greystone Properties 81 LLC, Defendant-Respondent.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Alexander M. Tisch, J.), entered on or about April 03, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated October 24, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 18, 2025